Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
603 Rose Avenue
Los Angeles, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JINWON APPAREL, INC., *et al.*,<br><br>Defendant. | Case No.: CV14-2707-AB (FFMx)<br><u>*Hon. Andre Birotte Jr. Presiding*</u><br><br>**[PROPOSED]** JUDGMENT |

- 1 -

## [PROPOSED] JUDGMENT:

AFTER CONSIDERING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JUN & MIN, INC., AND FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A JUDGMENT in the amount of **$31,270.00**, along with interest in the amount prescribed by statute, is hereby GRANTED and ENTERED against JUN & MIN, INC., and in favor of DESIGN COLLECTION, INC.

<u>IT IS SO ORDERED.</u>

DATED: November 12, 2014



_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE